654

372 A.2d 847

Yates v. Yates, Appellant.

Submitted December 6, 1976. Annette Hearing Sullivan, for appellant; Donald W. Lehrkinder, for appellee.

OPINION PER CURIAM: Decree affirmed. Having made an independent study of the entire record, we are of the opinion that the court below properly granted a decree in divorce in this case.

March 24, 1977

372 A.2d 848

American Dredging Company v. City of Philadelphia, (Appellant, et al.).

Argued March 23, 1977. Otis Erisman, with him William L. Gaunt, for appellant; Richard P. Brown, Jr., with him Mark D. Alspach, for appellee.

OPINION PER CURIAM: The motion to disqualify was untimely filed. Order affirmed.

HOFFMAN, J., did not participate in the consideration or decision of this case.